# Order

Michigan Supreme Court
Lansing, Michigan

January 13, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160457

*In re* T.J. DIEHL, Minor

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellant,

v

T.J. DIEHL,
      Respondent-Appellee.

SC: 160457
COA: 345672
Oakland CC Family Div:
  2017-855352-DL

_____/

      On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2021



Clerk

s0113